

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Mark J. Nemetz**
*Special Assistant Corporation Counsel*
mnemetz@law.nyc.gov
(212) 788-1162 (tel)
(212) 788-3824 (fax)

January 18, 2013

**BY ECF**
Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Helary Dupigny, v. The City of New York, et al.,
12 CV 1367 (MKB)(RER)

Your Honor:

Enclosed herein for the Court's endorsement please find a fully executed Stipulation and Order of Dismissal.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Mark J. Nemetz
Special Assistant Corporation Counsel

cc:   **BY ECF**
Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York

Gerald Cohen, Esq.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

HELARY DUPIGNY,

                                   Plaintiff,

               -against-

THE CITY OF NEW YORK, et al.,

                                 Defendants.

-------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12-CV-1367 (MKB) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Cohen & Fitch LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, NY 10279
(212) 374-9115


By: _____
    Gerald  Cohen

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants The City of New
York, Gerard Sardina, Jeremy DeMarco
and Michael Fahmy*
100 Church Street
New York, New York 10007

By: _____
  Mark J. Nemetz
  *Special Assistant Corporation Counsel*

SO ORDERED:


_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    _____, 2013